THE HEALTH LAW PARTNERS

CLINTON MIKEL, ESQ.
CMIKEL@THEHLP.COM
32000 NORTHWESTERN HWY, SUITE 240
FARMINGTON HILLS, MI 48334
PH: (248) 996-8510
FAX: (248) 996-8525

DETROIT – NEW YORK
WWW.THEHLP.COM

NOVEMBER 21, 2026

***SENT VIA ECF***

Honorable Margaret M. Garnett
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

**RE:** ***DUPERVIL V. BOBBY BUKA M.D. PROFESSIONAL CORPORATION***
**NO. 1:26-CV-08042 (MMG)**

Dear Judge Garnett:

We represent Defendant **Bobby Buka M.D. Professional Corporation d/b/a THE DERMATOLOGY SPECIALISTS** and write jointly with counsel for Plaintiff Xavier Dupervil. Under Rule I(B)(5) of the Court's Individual Rules and Practices, **the parties respectfully request that the initial pretrial conference, currently scheduled for December 1, 2026, be adjourned to December 16, 2026, or another date thereafter convenient to the Court, and that the deadline to submit the joint letter and proposed Civil Case Management Plan and Scheduling Order be extended to one week before the adjourned conference.**

The parties are engaged in ongoing settlement discussions. Defendant filed its Answer on November 19, 2026 (ECF No. 13), and counsel will be meeting with Defendant in early December regarding a potential resolution. The requested adjournment would allow the parties to continue those discussions before preparing their case management submissions. The proposed dates reflect the availability of counsel for both parties.

The parties also respectfully request that the conference be held remotely by telephone or videoconference.

This is the second request to adjourn the initial pretrial conference; the Court granted the first on October 14, 2026 (ECF No. 10). No other scheduled dates are affected. This request is made without waiver of any of the parties' rights, claims, or defenses.

We thank the Court for its consideration.

HLP
THE HEALTH LAW PARTNERS

Respectfully yours,

THE HEALTH LAW PARTNERS, P.C.

*/s/ Clinton R. Mikel*
Clinton R. Mikel
*Attorneys for Defendant*

KAZEROUNI LAW GROUP, APC

*/s/ Ross H. Schmierer*
Ross H. Schmierer
*Attorneys for Plaintiff*

GRANTED. The Initial Pretrial Conference is hereby ADJOURNED to T**uesday, January 19, 2027 at 9:30 a.m**. The deadline for the parties to submit their joint letter and proposed Case Management Plan is hereby EXTENDED to **January 12, 2027**. The Clerk of Court is respectfully instructed to terminate Dkt. No. 14.

SO ORDERED. Dated November 24, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE